# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN COPPLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-cv-0146-MJR |
| ) | |
| CITY OF CENTRALIA, ILLINOIS, and ) | |
| GRANT A. KLEINHENZ, in his personal ) | |
| capacity, ) | |
| ) | |
| Defendants. | |

## ORDER

**REAGAN, District Judge:**

On December 17, 2008, Plaintiff, Brian Copple, and Defendants, City of Centralia, Illinois, and Grant A. Kleinhenz, filed Motion to Dismiss with Prejudice (Doc. 15). Because the motion is signed by counsel for all parties, it is more in the nature of a stipulation of dismissal. Pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)** a plaintiff may dismiss a case by filing a stipulation signed by all parties who have appeared. The parties' stipulation meets the requirements of the Rule.

Accordingly, the Court **GRANTS** the parties' Motion to Dismiss with Prejudice (Doc. 15) and **DISMISSES** this action with prejudice, each party to bear his or its own costs.

**IT IS SO ORDERED.**

**DATED this 18th day of December, 2008**

> **s/Michael J. Reagan**
> **MICHAEL J. REAGAN**
> **United States District Judge**